| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 2:13CR00401 |
|---|---|---|
| | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Benito Loaiza-Parra<br>Aka Jose Martinez-Gutierrez | Nevada | Las Vegas |
| | NAME OF SENTENCING JUDGE | |
| | Gloria M. Navarro | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM 10/21/2016 — TO 10/201/2019 |

OFFENSE
Deported Alien Found Unlawfully in the United States

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  DISTRICT OF  NEVADA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the  District of Colorado  upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

October 17, 2017
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  DISTRICT OF  COLORADO

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

*Effective Date*  *United States District Judge*

UNITED STATES PROBATION OFFICE
DISTRICT OF NEVADA
MEMORANDUM

RE: Benito Loaiza-Parra

Case No.: 2:13CR00401

### SUPERVISION REPORT
### REQUESTING TRANSFER OF JURISDICTION

October 12, 2017

TO:   The Honorable Gloria M. Navarro
      Chief United States District Judge

On October 2, 2014, Mr. Loaiza-Parra was sentenced by Your Honor for the offense of Deported Alien Found Unlawfully in the United States, followed by thirty (30) months imprisonment and three (3) years supervised release. On October 21, 2016, the offender began his term of supervision as he was deported to Mexico.

On or about January 13, 2017, the offender re-entered the U.S. illegally and was arrested in Denver, Colorado. On April 27, 2017, the offender was indicted in the District of Colorado, Denver Division in Case Number 1:17CR00129-MSK, for Illegal Re-entry After Deportation. At this time, the offender is pending sentencing.

The District of Colorado is requesting that jurisdiction be transferred to their area in order to address his supervised released violation at the time of sentencing in his new case. The District of Nevada agrees with this recommendation. It is respectfully requested that jurisdiction of this case be transferred to the District of Colorado. The appropriate Probation Form 22/Transfer of Jurisdiction has been attached for Your Honor's signature if in agreement. If Your Honor has any questions or comments, the undersigned will be available at the Court's convenience.

Respectfully submitted,

Margarita Hernandez Powell
2017.10.12 11:42:12 -07'00'

Margarita Hernandez Powell
U.S. Probation Officer

Approved:

*Niquita M. Loftis for*   Niquita M. Loftis
                         2017.10.12 11:39:16 -07'00'
_____
Niquita Loftis, Supervisory
U.S. Probation Officer